IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>MARIA SOCORRO QUIÑONES JIMENEZ<br><br>Debtor | CASE NO. 2011-04189-MCF<br><br>CHAPTER 7 |

**STIPULATION TO LIFT STAY**

**TO THE HONORABLE COURT:**

Come now, Debtor, Chapter 7 Trustee and secured creditor Toyota Credit de Puerto Rico Corporation ("Toyota Credit"), through their undersigned attorneys, and very respectfully state and pray:

1. Toyota Credit is a secured creditor of Debtor by virtue of being holder in due course of a duly registered conditional sales contract that encumbers Debtor's 2005 Toyota Echo motor vehicle with vehicle identification number (VIN) JTDAT123950397658. (the "Collateral").

2. Debtor surrendered Toyota Credit's collateral on November 6, 2011.

3. For such reason, the appearing parties agree to file this stipulation in which Debtor and the Chapter 7 Trustee agrees to the lift of the automatic stay, and any proprietary interest in connection therewith.

4. Regarding Toyota Credit's security, the appearing parties agree to the following:

a. Debtor and the Chapter 7 Trustee agree to the lift of the automatic stay over Toyota Credit's Collateral, and any proprietary interest in connection therewith, as part of Debtor's Chapter 7 bankruptcy case.

b. Consequently, Debtor and the Chapter 7 Trustee allow Toyota Credit to sell and/or dispose of the surrendered motor vehicle as it deems necessary in a commercially reasonable manner, and file a proof of claim for the pending deficiency.

c This Stipulation shall be notified to all parties in interest, who are hereby advised that they have twenty-one (21) days to file their oppositions to the terms of this Stipulation. If no opposition is filed within twenty-one (21) days of the notice of this Stipulation, the Bankruptcy Court may enter an order approving the same.

Such is the Stipulation to Lift Stay agreed by the undersigned parties, whose approval by the Honorable Bankruptcy Court is respectfully requested.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 18th day of April, 2013.

**ROBERTO FIGUEROA CARRASQUILLO**
Attorney for Debtor

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDCPR
P.O. BOX 193677
SAN JUAN, P.R. 00919-3677
TEL. 787-744-7699
rfigueroa@rfclawpr.com

| **FERNANDEZ, COLLINS, CUYAR & PLA** | **TRUSTEE NOREEN WISCOVITCH** |
|---|---|
| Attorneys for Toyota Credit de Puerto Rico Corp. | Chapter 7 Trustee |
| /s/ Maximiliano A. Plá Méndez | /s/ Noreen Wiscovitch |
| MAXIMILIANO A. PLA MENDEZ | NOREEN WISCOVITCH RENTAS |
| USDCPR 224307 | USDCPR |
| P.O. BOX 9023905 | P.O. BOX 20438 |
| SAN JUAN, PUERTO RICO 00902-3905 | WEST PALM BEACH, FLORIDA 33416 |
| TEL. 787-977-3772 FAX 787-977-3773 | TEL. 561-655-6909 |
| map@fccplawpr.com | courts@nwr-law.com |

## NOTICE

Notice to all parties is hereby given that if no opposition to the terms of this Stipulation is filed within twenty-one (21) days of the notice of this Stipulation, the Bankruptcy Court may enter an order approving the same.

In San Juan, Puerto Rico, on this 18th day of April, 2013.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this same date a true and exact copy of this document has been sent by regular mail to all interested parties included in the attached master address list.

In San Juan, Puerto Rico, on this 18th day of April, 2013.

**FERNANDEZ, COLLINS, CUYAR & PLA**

/s/ Maximiliano A. Plá Méndez
MAXIMILIANO A. PLA MENDEZ
USDCPR 224307
map@fccplawpr.com
MIGUEL S. PASTRANA TORRES
USDCPR 229710
msp@fccplawpr.com
P.O. BOX 9023905
SAN JUAN, PUERTO RICO 00902-3905
TEL. 787-977-3772 FAX 787-977-3773

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 11-04189-MCF7<br>District of Puerto Rico<br>Old San Juan<br>Thu Apr 18 10:31:13 AST 2013 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A-340<br>P.O. Box 2952<br>SACRAMENTO, CA 95812-2952 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 | US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1922 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | ASSOCIATES<br>PO BOX 11917<br>SAN JUAN, PR 00922-1917 |
| ASSOCIATES COMMERCIAL<br>PO BOX 11917<br>SAN JUAN, PR 00922-1917 | AURORA LOAN SERVICES<br>10350 PARK MEADOWS DR ST<br>LITTLETON, CO 80124-6800 | BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 |
| CITIFINANCIAL<br>PO BOX 11917<br>SAN JUAN, PR 00922-1917 | CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| Department of Treasury-<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-1451 | GEMB/QVC<br>PO BOX 971402<br>EL PASO, TX 79997-1402 | HOME DEPOT<br>PO BOX 103108<br>ROSWELL, GA 30076-9108 |
| SAM'S<br>PO BOX 981064<br>EL PASO, TX 79998-1064 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| MARIA SOCORRO QUINONES JIMENEZ<br>URB DELGADO<br>C21 7 STREET<br>CAGUAS, PR 00725-3122 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | NOREEN WISCOVITCH RENTAS<br>PO BOX 20438<br>WEST PALM BEACH, FL 33416-0438 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

TOYOTA MOTOR CREDIT CORP
PO BOX 2730
TORRANCE, CA 90509-2730

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24